UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. FRANCIS SADOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 2088 |
| | ) | |
| DENTIST PROFITS, INC., | ) | Judge Kennelly |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Dr. Francis Sadowski ("Plaintiff") and Defendant Dentist Profits, Inc., ("Defendant"), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.


| | |
|---|---|
| s/ Julie Clark | s/Jay R. Hoffman |
| Daniel A. Edelman | Jay R. Hoffman |
| Julie Clark | |
| | Attorney At Law |
| EDELMAN, COMBS, LATTURNER | 303 West Madison St. |
| & GOODWIN, LLC | Suite 1800 |
| 120 S. LaSalle Street, 18th Floor | Chicago, IL 60606 |
| Chicago, IL 60603 | (312) 899-0899 |
| (312) 739-4200 | 312-899-8201 (FAX) |
| (312) 419-0379 (FAX) | |