UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Francis Sadowski
                           Plaintiff,

v.                                                 Case No.: 1:08−cv−02088
                                                      Honorable Matthew F. Kennelly

Dentist Profit, Inc., et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

       MINUTE entry before Judge Honorable Matthew F. Kennelly: Plaintiff's claims are dismissed with prejudice and without costs, and the class claims are dismissed without prejudice, pursuant to the parties' stipulation. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.